IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JESSICA HERNANDEZ

    Plaintiff,

v.

KATZ LAW OFFICE, LTD.,

    Defendant.

Case No. 1:17-cv-8221

### KEGLEY'S MOTION TO WITHDRAW AS COUNSEL

NOW COMES Danielle K. Kegley ("Kegley"), counsel for the Defendant, and in and for her Motion to Withdraw, states as follows:

1. Kegley is listed as counsel for the Defendant in this matter.
2. The Defendant is also represented by Herman J. Marino.
3. Kegley's employment at Herman J. Marino Ltd., P.C. ended on April 24, 2018.
4. Therefore, Kegley desires to withdraw as counsel for the Defendant.
5. All notices shall continue to be sent to Herman J. Marino at 53 W Jackson Blvd., Ste. 1337, Chicago, Illinois 60604.

WHEREFORE, Danielle K. Kegley respectfully requests that this Honorable Court allow Kegley leave to withdraw her appearance as counsel for the Defendant in this matter; plus, any other relief this Court deems just and proper.

Respectfully submitted,

/s/    Danielle K. Kegley

HERMAN J. MARINO, LTD., P.C.
Herman J. Marino, ARDC No. 1765817
Danielle K. Kegley, ARDC No. 6320903
53 W Jackson Blvd., Ste. 1337
Chicago, Illinois 60604
(312) 347-9990
hjmarino@marinolaw.net
dkegley@marinolaw.net